**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
In re:

    ALICE PHILLIPS BELMONTE,

                    Debtor
----------------------------------------------------------------X
HAROLD D. JONES, Chapter 7 Trustee,

                    Plaintiff/Appellant,

  -against-                            **JUDGMENT**
                                                CV 17-2494 (JMA)
                                                CV 17-2503 (JMA)

CRAIG A. BRAND, and THE BRAND LAW
FIRM, P.A.,

                    Defendants/Appellees.
----------------------------------------------------------------X
THE BRAND LAW FIRM, P.A.

                    Defendant/Appellant,

  -against-

HAROLD D. JONES, Chapter 7 Trustee,

                    Plaintiff/Appellee.
----------------------------------------------------------------X

      A Memorandum and Order of Honorable Joan M. Azrack, United States District Judge, having been filed on June 7, 2018, affirming the Bankruptcy Court's Order dated March 16, 2017, and directing the Clerk of Court to close these cases, it is

      **ORDERED AND ADJUDGED** that the Bankruptcy Court's Order dated March 16, 2017 is affirmed; and that these cases are closed.


Dated: Central Islip, New York
       June 15, 2018

|  |  |
|---|---|
|  | DOUGLAS C. PALMER |
|  | CLERK OF THE COURT |
| BY: | /S/ JAMES J. TORITTO |
|  | DEPUTY CLERK |